THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Abigail Strange**
Phone: (212) 356-2082
E-mail: astrange@law.nyc.gov
(not for service)

August 5, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

Re: *Mildred De Los Santos v. Samuels et ano., 26-cv-03854 (AS)*

Dear Judge Subramanian:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and I represent Chancellor Kamar H. Samuels, in his official capacity as the Chancellor of the New York City Department of Education, and the New York City Department of Education ("DOE") (together, "Defendants") in the above-referenced matter. In connection with Your Honor's Initial Pretrial Conference Order dated May 11, 2026 (Dkt. No. 5), I write jointly with Plaintiff's counsel to respectfully request adjournment of the initial pretrial conference; to propose a briefing schedule for the parties' anticipated motions for summary judgment; and to submit other related requests.

In this action, Plaintiff seeks to vacate a decision issued by the New York State Office of State Review in Case No. 25-729 and reversal of the a decision by the Impartial Hearing Officer in IHO Case No. 295739. (Dkt. No. 1). Defendants' deadline to answer or otherwise respond is Monday, August 10, 2026. (Dkt. No. 10). Defendants intend to file an answer in which they assert, *inter alia*, that Plaintiff is not entitled to the relief sought. By the Initial Pretrial Conference Order, Your Honor scheduled a telephonic initial conference for August 13, 2026, at 1:30 p.m. (Dkt. No. 5). For the reasons discussed below, and to avoid unduly burdening the Court's schedule, the parties respectfully submit that this case does not require an initial conference.

As an initial matter, the parties do not believe that this matter is amenable to settlement, and they anticipate that it will be decided instead by the Court's disposition of the parties' proposed

summary judgment motions. Additionally, because those motions will rely upon the certified record of the underlying administrative proceedings, this matter will not require formal discovery.

Furthermore, because the inquiry here is not whether there are disputed issues of fact, but rather, whether the SRO Decision was appropriately decided based upon the administrative record, the parties respectfully submit that Local Civil Rule 56.1 statements are not necessary to resolve the proposed motions. While in IDEA actions, "the parties and the court typically style the decision as a ruling on a motion for summary judgment, . . . 'the procedure is in substance an appeal from an administrative determination, not a summary judgment motion.'" *Bd. of Educ. v. C.S.*, 990 F.3d 152, 165 (2d Cir. 2021) (quoting *M.H. v. N.Y.C. Dep't of Educ.*, 685 F.3d 217, 226 (2d Cir. 2012)). Accordingly, the parties respectfully request that the Court waive the submission of Rule 56.1 statements. The parties additionally request that the Court allow Plaintiff to file the certified administrative record under seal to protect the student information contained therein.

The parties respectfully propose the following briefing schedule for their motions for summary judgment:

- Plaintiff's motion due September 2, 2026;
- Defendants' cross-motion and opposition to Plaintiff's motion due October 1, 2026;
- Plaintiff's opposition to Defendants' motion and reply in further support of her motion due October 22, 2026; and
- Defendants' reply in further support of their motion due November 12, 2026.

Finally, the parties do not anticipate that they would present additional issues or requests beyond those discussed herein at the initial conference currently scheduled for August 13, 2026.

Accordingly, the parties respectfully request that the Court adjourn the initial conference *sine die*, so order the parties' proposed summary judgment briefing schedule, waive the submission of Rule 56.1 statements, and permit Plaintiff to file the certified administrative record under seal.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ Abigail Strange
Abigail Strange
Assistant Corporation Counsel

GRANTED.

The underlined requests are accepted. Any motion for summary judgment will be fully briefed by November 12, 2026.

The initial pretrial conference scheduled for August 13, 2026 is hereby canceled.

SO ORDERED

Arun Subramanian, U.S.D.J.
Date: August 5, 2026